AO-10
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| | | |
|---|---|---|
| 1. Person Reporting (Last name, First name, Middle initial) REINHARD, PHILIP G | 2. Court or Organization NDIL - WESTERN DIVISION | 3. Date of Report 3/22/2005 |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. DISTRICT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 211 South Court Street Room 215 Rockford, IL 61101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☑ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | Illinois Judges' Retirement System & Illinois Municipal Retirement Fund - Vested. Benefits began 1/12/1996. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | REINHARD, PHILIP G | 3/22/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Illinois Judges' Retirement System | $55,337.52 |
| 2. | 2004 | Illinois Municipal Retirement Fund | $12,435.50 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2004-Int | Substitute Teacher - Harlem Consolidated School District |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Intellectual Property Law Association of Chicago | November 19-20, 2004 - Chicago, IL, Annual Dinner: Lodging (1 night) dinner & breakfast expenses. Myself and ▮▮▮ |
| 2. | American Academy of Judicial Education | July 16-23, 2004 - Otter Rock, OR, Teach at Criminal Trial Skills program: Transportation, lodging & meal expenses. |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Regal Beloit Corporation Common Stock | A | Dividend | L | T | | | | | |
| 2. IRA Acct. Wachovia Sec.: AMFI Com. Stock; Money Mkt Acct (X) | A | Div & Int. | K | T | | | | | |
| 3. AmCore Financial Accounts | B | Interest | L | T | | | | | |
| 4. Equitable Resources Common Stock | B | Dividend | L | T | | | | | |
| 5. Vanguard - Index Total Stock Market Fund | C | Dividend | M | T | Add | var. | L | | |
| 6. Mairs & Power Growth Fund | A | Dividend | K | T | Add | 10/27 | J | | |
| 7. Pioneer Natural Res.Co. Common Stock | A | Dividend | J | T | | | | | |
| 8. Nabors Ind. Ltd., f/k/a Nabors Ind., Inc. Common Stock | | None | J | T | | | | | |
| 9. Harbor Cap.App. Fund | A | Dividend | J | T | | | | | |
| 10. Artisian Int'l Fund | A | Dividend | K | T | | | | | |
| 11. Cisco Systems Common Stock | | None | J | T | | | | | |
| 12. E*Trade Clearing LLC Brokerage Account | A | Interest | K | T | | | | | |
| 13. Vanguard Prime Money Market Fund | A | Dividend | J | T | | | | | |
| 14. Dodge & Cox Stock Fund | A | Dividend | J | T | Add | var. | J | | |
| 15. Royce Small Cap Fund | A | Dividend | J | T | | | | | |
| 16. Tyco International Common Stock | A | Dividend | J | T | | | | | |
| 17. Baron Small Cap Fund | A | None | K | T | | | | | |
| 18. Teleflex Inc. Common Stock | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| REINHARD, PHILIP G | 3/22/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. Libbey Inc. Common Stock | A | Dividend | J | T | | | | | |
| 20. Pfizer Inc. Common Stock | A | Dividend | J | T | Add | var. | J | | |
| 21. Gold - Krugerrands | | None | L | T | | | | | |
| 22. Dodge & Cox International Stock Fund | A | Dividend | J | T | Buy | var. | J | | |
| 23. Meridian Growth Fund | A | Dividend | J | T | Buy | var. | J | | |
| 24. Abbott Laborities Common Stock | A | Dividend | J | T | Buy | 7/06 | J | | |
| 25. Associated Bancorp Common Stock | | None | J | T | Buy | 12/15 | J | | |
| 26. Johnson & Johnson Corp. Common Stock | A | Dividend | J | T | Buy | 3/19 | J | | |
| 27. MGE Energy Inc. Common Stock | A | Dividend | J | T | Buy | 2/26 | J | | |
| 28. Serono SA ADR Common Stock | | None | J | T | Buy | 10/13 | J | | |
| 29. 3M Corp. Common Stock | | None | J | T | Buy | 12/17 | J | | |
| 30. ING Direct Bank | A | Interest | L | T | Buy | 12/15 | L | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 | | |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | | | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | | | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | | | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | | | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>REINHARD, PHILIP G | Date of Report<br><br>3/22/2005 |
| --- | --- | --- |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS   (Indicate part of Report.)

Line 2, Art. VII -- IRA Account: 1st Union has now become Wachovia Securities.

Line 21, Art. VII -- Gold Krugerrands. The 2003 report of this item should have been stated under (D)(1) "partial sale". Thus, this item is reported also in the 2004 report.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>REINHARD, PHILIP G | Date of Report<br><br>3/22/2005 |
| --- | --- | --- |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting<br><br>REINHARD, PHILIP G | Date of Report<br><br>3/22/2005 |
|---|---|---|

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _March 23, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544